IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
GJ&L, INC.,                     *
                                *
        Plaintiff,              *
                                *
             v.                 *        CV 117-179
                                *
CNH INDUSTRIAL AMERICA, LLC,    *
                                *
        Defendant.              *
```

O R D E R

Before the Court is Defendant's motion for leave to file under seal. (Doc. 15.) On January 4, 2018, the Court granted Defendant's request to seal the 2008 and 2010 Dealership Agreement ("Dealership Agreements") that it planned to attach to its Answer. (Doc. 9.) Plaintiff subsequently filed its Amended Complaint (doc. 11) and Defendant now seeks to file the same Dealership Agreements under seal as attachments to its Answer to Plaintiff's Amended Complaint (doc. 14).

There has been no factual development to convince the Court that sealing the Dealership Agreements is now inappropriate. As found by the January 4 Order, the Dealership Agreements contain proprietary information central to the case that outweighs the public interest in accessing these records. See Chicago Tribune Co. v. Bridgestone/Firestone, Inc., 263 F.3d 1304, 1310 (11th

Cir. 2001) ("[T]he common-law right of access requires a balancing of competing interests."). Accordingly, Defendant's motion (doc. 15) is **GRANTED**. The Clerk is hereby **DIRECTED** to file Exhibits A and B of Defendant's Answer to Plaintiff's Amended Complaint (doc. 14) **UNDER SEAL** until further order of this Court.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of February, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA