# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 APR 16 PM 12: 28

CLERK M. ARNO
SO. DIST. OF GA.

GJ&L, INC.

Plaintiff

v.

CNH INDUSTRIAL AMERICA, LLC

Defendant

Case No. 1:17-cv-00179-JRH-BKE

Appearing on behalf of

CNH Industrial America, LLC

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __16th__ day of __April__, __2018__.

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE
*****

NAME OF PETITIONER: William C. Buhay

Business Address: Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
Firm/Business Name

3344 Peachtree Road, NE, Suite 2400
Street Address

Atlanta | GA | 30326
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

404-832-9536 | 093940
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: wbuhay@wwhgd.com