# United States District Court
## Southern District of Georgia

GJ&L, INC.

Plaintiff

v.

CNH INDUSTRIAL AMERICA, LLC

Defendant

Case No. 1:17-CV-00179-JRH-BKE

Appearing on behalf of Defendant, CNH Industrial America, LLC
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 17th day of April, 2018.

_[signature]_
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*****

NAME OF PETITIONER: Brannon J. Arnold

Business Address: Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
Firm/Business Name

3344 Peachtree Road, NE, Suite 2400
Street Address

Atlanta / GA / 30326
City / State / Zip

Mailing Address (if other than street address)

404-832-9569 / 218034
Telephone Number (w/ area code) / Georgia Bar Number

Email Address: barnold@wwhgd.com