IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

GJ&L, INC.,
    Plaintiff,

v.      CV 117-179

CNH INDUSTRIAL AMERICA, LLC,

    Defendant.

O R D E R

The captioned case was filed in this Court on December 27, 2017. Upon review, I have determined that I must recuse myself from the case. Accordingly, **IT IS ORDERED** that this case is hereby reassigned to the Honorable Dudley H. Bowen, Jr., Judge of the Southern District of Georgia, for plenary disposition.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of May, 2018.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA