IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| GJ&L, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-179 |
| | ) | |
| CNH INDUSTRIAL AMERICA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Having considered the parties' Consent Motion for Stay of Discovery and Other Proceedings and for good cause shown, the Court **GRANTS** the motion, (doc. no. 45[1]), and **STAYS** all discovery in this action through and including June 30, 2018 pending the parties' scheduled mediation on June 22, 2018. The Court **DIRECTS** the parties to promptly report the results of the mediation to the Court. If mediation is unsuccessful, the parties shall file a supplemental Rule 26(f) Report containing proposed, date-certain deadlines for the completion of discovery and filing of civil motions no later than July 16, 2018.

SO ORDERED this 1st day of June, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court **DIRECTS** the **CLERK** to **TERMINATE** the uncorrected version of the motion and proposed order. (Doc. no. 44.)