IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
GJ&L, INC.,                     *
                                *
     Plaintiff,                 *
                                *     CIVIL ACTION NO.
     v.                         *     CV 117-179
                                *
CNH INDUSTRIAL AMERICA, LLC,    *
                                *
     Defendant.                 *
```

O R D E R

On March 26, 2018, Defendant CNH Industrial America LLC filed a motion for entry of default based upon Plaintiff GJ&L, Inc.'s failure to answer its amended counterclaim. Plaintiff filed its answer to Defendant's amended counterclaim the next day. Consequently, Defendant now moves to withdraw its motion for entry of default.

Upon due consideration, Defendant's motion to withdraw its motion for entry of default (doc. no. 30) is **GRANTED**. The Clerk is instructed to **TERMINATE** the motion for entry of default (doc. no. 22).

**ORDER ENTERED** at Augusta, Georgia, this 13th day of June, 2013.

UNITED STATES DISTRICT JUDGE