IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

GJ&L, INC.,                      *
                                 *
     Plaintiff,                  *
                                 *
     v.                          *    CV 117-179
                                 *
CNH INDUSTRIAL AMERICA, LLC,     *
                                 *
     Defendant.                  *

**O R D E R**

Before the Court is the parties' stipulation of dismissal with prejudice of Defendant's counterclaim. (Doc. No. 75.) The parties seek dismissal of only "Count II" of Defendant's second amended counterclaim (doc. no. 29), which arises out of the allegation that Plaintiff "failed to open a second Case approved full-line branch facility in the metro Atlanta market as required by the 2010 Addendum." (Doc. No. 75.)

Upon due consideration, Defendant's counterclaim, styled as Count II in Defendant's second amended counterclaim, is **DISMISSED WITH PREJUDICE**. Further, Defendant's motion to dismiss its counterclaim without prejudice (doc. no. 73) is ~~DENIED~~ **AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of March, 2019.

_/s/ signature_
UNITED STATES DISTRICT JUDGE