IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| GJ&L, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-179 |
| | ) | |
| CNH INDUSTRIAL AMERICA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

In consideration of the telephone conference on April 25, 2019, the parties shall conduct the deposition of Jennifer Craig, a former employee of Defendant, as soon as possible and the deposition of Jennifer Roth, a current employee of Defendant, as soon as practicable after the birth of her child but not later than the first week of her return from maternity leave in early July. The delay in taking these depositions will not necessitate reopening the discovery period or extending the deadline for filing summary judgment motions, as counsel confirmed during the hearing. However, Plaintiff may seek an extension of the deadline for filing its summary judgment reply brief if (1) Defendant relies on affidavit testimony from either Ms. Craig or Ms. Roth in its summary judgment opposition; and (2) the parties, despite their very best efforts, have been unable to conduct the affiant's deposition. For these reasons, Defendant's Emergency Motion to Quash Deposition Notices

and/or Motion for Protective Order is **MOOT**.  (Doc. no. 77.)

SO ORDERED this 3rd day of May, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA