IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

GJ&L, INC.,

    Plaintiff,

v.       CV 117-179

CNH INDUSTRIAL AMERICA, LLC,

    Defendant.

**ORDER**

Before the Court is Defendant CNH Industrial America, LLC's motion to seal. (Doc. No. 113.) Defendant requests leave to file under seal a copy of the 2017 proposed dealership agreement it provided to Plaintiff GJ&L, Inc. in 2017. The proposed dealership agreement is filed as Exhibit A to the motion to seal. (Doc. No. 113-1.) Defendant contends that the proposed dealership agreement contains confidential and proprietary information including performance milestones and service information. Plaintiff does not oppose the motion.

The Court has sealed prior versions of the Parties' dealership agreements and finds that the rationale for sealing those agreements applies equally to this one. (<u>See</u>, <u>e.g.</u>, Doc. No. 9.) Upon due consideration, Defendant's motion to seal (doc. no. 113) is **GRANTED**. The Clerk is hereby **DIRECTED** to file Exhibit A **UNDER SEAL** until further order of this Court.

**ORDER ENTERED** at Augusta, Georgia, this 25 day of February, 2020.

UNITED STATES DISTRICT JUDGE