IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

GJ&L, INC.,

    Plaintiff,

v.

CNH INDUSTRIAL AMERICA, LLC,

    Defendant.

CV 117-179

**O R D E R**

Before the Court is Defendant CNH Industrial America, LLC's motion to strike. (Doc. No. 116.) Defendant moves to strike Plaintiff GJ&L, Inc.'s supplemental brief in support of its motion for summary judgment (doc. no. 115) on the grounds that it is untimely and contains information in the proposed dealership agreement, which is under seal (doc. no. 113-3).

Although the proposed agreement was submitted at the invitation of the Court, no expectation of argument accompanied that invitation. Consequently, Plaintiff's brief is deemed irrelevant for the purposes of the pending motions. Even though Local Rule 7.5 affords parties fourteen days to respond to a motion, Plaintiff will suffer no prejudice despite its lack of opportunity to respond; should Plaintiff's objections contained in

its brief become relevant at a later time, they will be addressed then.

Upon consideration, Defendant's motion is **GRANTED**. The Clerk is directed to **STRIKE** Plaintiff's supplemental brief in support of its motion for summary judgment (doc. no. 115) from the record.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE

2