FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 JUN 22 PM 3: 48
CLERK_____
SO. DIST OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| GJ&L, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 117-179 |
| | * | |
| CNH INDUSTRIAL AMERICA, LLC, | * | |
| | * | |
| Defendant. | * | |

### ORDER AND NOTICE OF PRETRIAL PROCEEDINGS

In preparation for trial, **IT IS ORDERED** that lead counsel for the parties confer and prepare one consolidated proposed pretrial order to be filed with the Clerk of this Court. The proposed pretrial order shall be filed **BY THE CLOSE OF BUSINESS ON July 8, 2020.** Plaintiff's counsel has the responsibility to initiate compliance herewith. The form of the proposed pretrial order shall be in accord with the attached instructions. The form is also available at the Court's website, www.gasd.uscourts.gov under "Forms" > "Civil Forms" > "Consolidated Pretrial Order - Judges Hall, Bowen & Moore."

A party's failure to comply with the requirements of this Order may result in dismissal of the complaint or other appropriate sanctions. Traditionally, this Court requires parties to meet and confer in person when preparing the proposed pretrial order. To ensure the Parties' health in light of the ongoing Coronavirus pandemic, the Parties may in this instance confer via telephone or video conference when preparing their proposed pretrial order. The

proposed pretrial order must include a paragraph stating the date and duration of the meeting and the names of all counsel or parties participating. Unconsolidated proposed pretrial orders will not be accepted without the Court's written permission. If any party is unrepresented by counsel, such party must comply with this Order in the same manner as counsel.

The Clerk of Court will schedule a pretrial conference, jury selection, and trial on dates to be decided, all to be held in the Second Floor Courtroom of the United States District Court located at 600 James Brown Boulevard, Augusta, Georgia 30901. The Parties must submit all unresolved evidentiary objections and motions in limine **BY THE CLOSE OF BUSINESS FOURTEEN DAYS BEFORE THE PRETRIAL CONFERENCE**. Responses thereto must be submitted **BY THE CLOSE OF BUSINESS SEVEN DAYS BEFORE THE PRETRIAL CONFERENCE**.

At the pretrial conference, the Court will take up any pending motions and will approve, disapprove, or direct amendment of the proposed pretrial order. All trial exhibits (in digital format) and an exhibit list **MUST** be provided to the Court at the pretrial conference. Further, lead counsel for each party **MUST** attend the pretrial conference.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE