IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| GJ&L, INC., | * | |
| Plaintiff, | * | |
| v. | * | CV 117-179 |
| CNH INDUSTRIAL AMERICA, LLC, | * | |
| Defendant. | * | |

**O R D E R**

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. No. 127.) The Parties consent to dismissal of all claims and counterclaims; thus, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims and Defendant's counterclaims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE